JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lauren McGowan, | ) SACV 11-00504 JVS (RNBx) |
| --- | --- |
| Plaintiff, | ) ORDER OF DISMISSAL UPON<br>) SETTLEMENT OF CASE |
| v. | ) |
| Portfolio Recovery Associates LLC, | ) |
| Defendant(s). | ) |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: April 29, 2011

_____
James V. Selna
United States District Judge